UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IMPERIAL SUGAR COMPANY,** | § § § | **CIVIL ACTION FILE** |
| Plaintiff, | § § | **NO.: 4:11-CV-00970** |
| v. | § § | **J U R Y** |
| **SOUTHERN SYSTEMS, INC.,** | § § | (Complaint filed March 16, 2011) |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff IMPERIAL SUGAR COMPANY and Defendant SOUTHERN SYSTEMS, INC. hereby stipulate to the dismissal of the above-styled action **WITHOUT PREJUDICE**. All parties are to bear their own costs, fees and expenses.

This 28th day of June, 2012.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ John T. Flynn
John T. Flynn, Attorney in Charge
TX Bar No. 07198300 / Fed. ID No. 33704
3344 Peachtree Rd., NE, Suite 2400
Atlanta, GA 30326
Ph. 404-876-2700 / Facsimile 404-875-9433
Email: jflynn@wwhgd.com

*Counsel for Imperial Sugar Company*

THE HAYDEN LAW FIRM

/s/ *Ted M. Hayden*
Ted M. Hayden (*by John T. Flynn with express permission*)
7512 Second Street, #105
Germantown, Tennessee 38138
Ph. 901-737-6480 / Fax 901-737-6481
Email: ted.hayden@thehaydenlawfirm.com

*Counsel for Southern Systems, Inc.*
*(Admitted pro hac vice)*

MCCORKLE & JOHNSON, LLP

/s/ *David J. Johnson*
David H. Johnson (*by John T. Flynn with express permission*)
319 Tattnall Street
Savannah, GA 31401
Ph. 912-232-6000/ Fax 912-232-7060
Email: dhj@mccorklejohnson.com

*Counsel for Southern Systems, Inc.*

## CERTIFICATE OF SERVICE

COMES NOW counsel for Plaintiff Imperial Sugar Company and certifies that on June 28, 2012, he served the foregoing *STIPULATION OF DISMISSAL* upon counsel of record by filing same with the Court's ECF system:

| | |
|---|---|
| Ted M. Hayden, Esq. | David H. Johnson, Esq. |
| The Hayden Law Firm | McCorkle & Johnson, LLP |
| 7512 Second Street, #105 | 319 Tattnall Street |
| Germantown, TN 38138 | Savannah, GA 31401 |
| ted.hayden@thehaydenlawfirm.com | dhj@mccorklejohnson.com |

This 28th day of June, 2012.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ John T. Flynn
John T. Flynn, Attorney in Charge
Texas Bar No. 07198300
Federal ID No. 33704

3344 Peachtree Rd., NE
Suite 2400
Atlanta, Georgia 30326
Ph. 404-876-2700
Fax 404-875-9433
Email: jflynn@wwhgd.com