UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Imperial Sugar Company | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-11-970 |
| Southern Systems, Inc., | § § | |
| Defendant. | § § | |

ORDER

Pursuant to the Stipulation of Dismissal filed on June 28, 2012, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Clerk shall send a true copy to all counsel of record.

Signed this **29** day of June, 2012.

_____
DAVID HITTNER
United States District Judge